EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdftw.com

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>INDYMAC FEDERAL BANK, a Business entity, form unknown; NDEX WEST, LLC, a Business entity, form unknown; THE MORTGAGE STORE FINANCIAL, INC., a business entity, form unknown; and all persons unknown, claiming any legal or equitable right, title estate, lien, or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 TO 30, inclusive,<br><br>Defendants. | CASE NO. 3:09-cv-02299-VRW<br><br>[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

The Stipulation of Non-Monetary Status by and between Plaintiff MAJIMAN HAFIZ and Defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

Plaintiff's claims in this action arise from a dispute over a residential mortgage. Plaintiff will not assert any claims for monetary relief against Defendant NDEx WEST, LLC.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: June 29, 2009



_____
HONORABLE JOHN R. WALKER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-2-