1 Renée Welze Livingston (SBN 124280)
  Jason G. Gong (SBN 181298)
2 LIVINGSTON LAW FIRM
  A Professional Corporation
3 1600 South Main Street, Suite 280
  Walnut Creek, CA 94596
4 Tel: (925) 952-9880
  Fax: (925) 952-9881
5
  Attorneys for defendant FEDERAL DEPOSIT
6 INSURANCE CORPORATION, as Receiver for
  INDYMAC FEDERAL BANK
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | MAJIMAN HAFIZ, | ) Case No. C09-02299-VRW |
   |                | ) |
12 | Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
   |            | ) **ORDER TO VACATE INITIAL CASE** |
13 | vs. | ) **MANAGEMENT CONFERENCE** |
   |     | ) **PENDING RESOLUTION OF** |
14 | INDYMAC FEDERAL BANK, a Business | ) **DEFENDANT FEDERAL DEPOSIT** |
   | entity, form unknown; NDEX WEST, LLC, | ) **INSURANCE CORPORATION'S** |
15 | a Business entity, form unknown; THE | ) **MOTION TO STAY PROCEEDINGS** |
   | MORTGAGE STORE FINANCIAL, INC., | ) |
16 | a business entity, form unknown; and all | ) |
   | persons unknown claiming any legal or | ) |
17 | equitable right, title estate, lien, or interest in | ) Complaint Filed: 04/30/09 |
   | the property described in this Complaint | ) |
18 | adverse to Plaintiff's title thereto, and Does | ) |
   | 1 through 30, inclusive, | ) |
19 | | ) |
   | Defendants. | ) |
20 | | ) |

21

22      Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for

23 INDYMAC FEDERAL BANK ("FDIC"), and Plaintiff Majiman Hafiz, by and through their

24 respective counsel, respectfully request and make the following stipulation:

25      1.      Whereas, defendant FDIC has filed a Motion to Stay Proceedings pursuant to 12

26 U.S.C. Section 1821(d)(12)(A)(ii) and (B) of the Financial Institutions Reform, Recovery and

27 Enforcement Act of 1989 ("FIRREA");

28 _____
*Hafiz v. IndyMac Federal Bank, et al.,* Case No. C09-02299-VRW
Stipulation and [Proposed] Order Vacating Initial Case Management Conference Pending Resolution of Defendant
Federal Deposit Insurance Corporation's Motion to Stay Proceedings

1    2.    Whereas, the hearing on defendant's motion is currently set for September 10, 2009 at 10:00 a.m. before the Court;

3.    Whereas, if defendant's motion is granted, all proceedings will be stayed for ninety (90) days from the date of the September 10th hearing pursuant to FIRREA;

4.    Whereas, the Court's May 22, 2009 order setting Initial Case Management Conference and ADR Deadlines presently requires the parties to meet their respective obligations under Rule 26(f) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and applicable Local Rules of this Court in preparation for the Court's Initial Case Management Conference currently set for September 3, 2009 at 3:30 p.m.;

5.    Whereas, the parties believe it would be in the interests of efficiency and economy to vacate the Initial Case Management Conference to await the outcome of defendant's Motion to Stay Proceedings;

**IT IS STIPULATED:**

That the parties' obligations under Fed. R. Civ. P. 26(f) and the Local Rules of this Court are postponed pending the resolution of defendant's Motion to Stay Proceedings.

Respectfully submitted,

Dated: August 13, 2009                LIVINGSTON LAW FIRM

By: /s/ *Jason G. Gong*
Renée Welze Livingston
Jason G. Gong
Attorneys for defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC FEDERAL BANK

Dated: August 13, 2009                LAW OFFICES OF MAHESH BAJORIA

By: /s/ *Mahesh Bajoria*
Mahesh Bajoria
Attorney for Plaintiff Majiman Hafiz

---

*Hafiz v. IndyMac Federal Bank, et al.,* Case No. C09-02299-VRW
Stipulation and [Proposed] Order Vacating Initial Case Management Conference Pending Resolution of Defendant Federal Deposit Insurance Corporation's Motion to Stay Proceedings

## ORDER

**IT IS HEREBY ORDERED** that the Initial Case Management Conference currently set for September 3, 2009 is VACATED pending resolution of defendant's Motion to Stay Proceedings.

Dated: August __17__, 2009



_____
HONORABLE VAUGHN R WALKER
United States District Judge

---

*Hafiz v. IndyMac Federal Bank, et al.,* Case No. C09-02299-VRW
Stipulation and [Proposed] Order Vacating Initial Case Management Conference Pending Resolution of Defendant Federal Deposit Insurance Corporation's Motion to Stay Proceedings

3