IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAJIMAN HAFIZ,

       Plaintiff,

       v

INDYMAC FEDERAL BANK, NDEX WEST, LLC, THE MORTGAGE STORE FINANCIAL, INC and DOES 1-30 inclusive,

       Defendants.

No C 09-2299 VRW

ORDER

       Defendant Federal Deposit Insurance Corporation (FDIC), as receiver for defendant IndyMac Federal Bank (IndyMac), moved to stay the action for ninety days pursuant to 12 USC § 1821(d)(12). Doc #10. Plaintiff Majiman Hafiz did not respond to the motion and instead filed a first amended complaint (FAC). Doc #13. The FAC does not name IndyMac as a defendant. Id. In light of the FAC, the FDIC no longer seeks a stay and instead asks the court to dismiss it from the action. Doc #15.

An amended complaint supercedes the original. <u>Hal Roach Studios, Inc v Richard Feiner and Co, Inc</u>, 896 F2d 1542, 1546 (9th Cir 1990). Individuals or entities not named in an amended complaint are not parties to the action even if they were named in the original complaint. Id. Because IndyMac is not named as a party in the FAC, see Doc #13, the FDIC, in its capacity as receiver for IndyMac, no longer appears to be a party to the action.

Plaintiff is ORDERED to SHOW CAUSE in writing not later than September 25, 2009 why the FDIC should not be dismissed from the action. Failure to respond shall be deemed grounds to dismiss the FDIC.

The hearing scheduled for September 10, 2009 is VACATED. The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**