IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJIMAN HAFIZ, | No   C 09-2299 VRW |
| Plaintiff, | ORDER |
| v | |
| INDYMAC FEDERAL BANK, NDEX WEST, LLC, THE MORTGAGE STORE FINANCIAL, INC and DOES 1-30 inclusive, | |
| Defendants. | |

Plaintiff has moved to remand the above-captioned matter. Doc #33.  The complaint contains no federal cause of action and the parties do not appear to be diverse.  While the court may have had jurisdiction over the matter when the action was removed, the federal jurisdictional hook was eliminated when the FDIC was dismissed as a party.  Doc #18; see also Doc #1 at ¶¶7,8 (stating that the FDIC was the basis for removal).

The court may, in its discretion, remand a matter if all federal claims have been dismissed. 28 USC § 1367(c)(3); see also <u>Wren v Sletten Construction Co</u>, 654 F2d 529, 536 (9th Cir 1981) ("When the state issues apparently predominate and all federal claims are dismissed before trial, the proper exercise of discretion requires dismissal of the state claims."). Defendants are therefore ORDERED to SHOW CAUSE in writing not later than January 4, 2010 why the matter should not be remanded to state court. All pending hearing dates are hereby VACATED pending resolution of plaintiff's motion to remand.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2